# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2041

_____

In re:  Rosemarie Ziemski,

_____

Rosemarie Ziemski,

      Appellant,

  v.

Valerian Joseph Ziemski,

      Appellee.

\*
\*
\*
\*
\*
\*
\*   Appeal from the United States
\*   Bankruptcy Appellate Panel
\*   for the Eighth Circuit.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: March 8, 2007
Filed:  April 6, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

      Chapter 13 debtor Rosemarie Ziemski appeals from the decision of the Bankruptcy Appellate Panel (BAP) reversing the bankruptcy court's judgment holding that her ex-husband, Valerian Ziemski, willfully violated the automatic stay of 11 U.S.C. § 362 by withholding military retirement benefits from Rosemarie's bankruptcy estate.  Upon review of the bankruptcy court's factual findings for clear error, and review of its legal conclusions de novo, *see In re Vote*, 276 F.3d 1024, 1026

(8th Cir. 2002), we agree with the BAP's analysis and accordingly affirm the decision of the BAP. Valerian Ziemski's motion to dismiss the appeal is denied as moot. *See* 8th Cir. R. 47B.

_____